IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **PHILLIP ANTHONY HARWOOD,** | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 5:10-CV-411 (CAR) |
| v. | : | |
| **EVELYN WYNN, ROBERT TOOLE, AND the GEORGIA DEPT. OF CORRECTIONS,** | : | |
| Defendants. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc.4] that Defendants Warden Robert Toole and Georgia Department of Corrections be dismissed from this action. No Objection to the Recommendation was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the Magistrate Judge is accordingly **ADOPTED** and **MADE THE ORDER OF THE COURT**. Warden Robert Toole and the Georgia Department of Corrections are hereby **DISMISSED** from this action.

SO ORDERED, this 10th day of December, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr